J-A13006-21

2021 PA Super 172

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
: PENNSYLVANIA
:
:
v. :
:
:
:
SHAWN PRIZZIA :
:
Appellant : No. 1897 EDA 2020

Appeal from the Judgment of Sentence Entered September 22, 2020
In the Court of Common Pleas of Monroe County Criminal Division at
No(s): CP-45-CR-0000806-2019

BEFORE: BENDER, P.J.E., DUBOW, J., and STEVENS, P.J.E.[*]

CONCURRING OPINION BY STEVENS, P.J.E.: **FILED AUGUST 24, 2021**

I join the well-reasoned Majority Opinion upholding the suppression court's determination that Trooper Spegar possessed probable cause to conduct a traffic stop of Appellant's vehicle for a window-tint violation. However, while I consider the discussion in Footnote 2 to be *dicta*, it is unnecessary to reach this issue in this case.

_____

[*] Former Justice specially assigned to the Superior Court.